THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Russell
 Corporation, Respondent,
 v.
 William M.
 Gregg, II, Petitioner.
 
 
 

Appeal From Richland County
 L. Casey Manning, Circuit Court Judge
Memorandum Opinion No. 2007-MO-074
Heard December 5, 2007  Filed December
 17, 2007   
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Harry
 A. Swagart, III, of Columbia, for Petitioner.
 Lawrence W. Johnson, Jr., of Johnson Law Firm, and W. Duvall
 Spruill, of Turner, Padget, Graham & Laney, both of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  We
 granted a writ of certiorari to review the Court of Appeals opinion in Russell
 Corp. v. Gregg, 2005-UP-556 (S.C. Ct. App filed Oct. 17, 2005).   We
 dismiss the writ as improvidently granted.
DISMISSED AS IMPROVIDENTLY GRANTED.
TOAL, C.J.,
 MOORE, WALLER, PLEICONES, JJ., and Acting Justice Doyet A. Early, III, concur.